BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER JAMES TONKIN,<br><br>    Defendant. | D.C. NO. 2-11-cr-0536 WBS<br><br>APPLICATION FOR UNSEALING INDICTMENT |

On December 16, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment and this case be unsealed.

DATED: December 20, 2011        BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:/s/ Kyle F. Reardon
                                          KYLE F. REARDON
                                          Assistant U.S. Attorney

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KYLE F. REARDON |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. NO. 2-11-cr-0536 WBS |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | UNSEALING INDICTMENT |
| CHRISTOPHER JAMES TONKIN, | ) | |
| | ) | |
| Defendant. | ) | |

The government's request to unseal the indictment and this case is GRANTED.

SO ORDERED.

DATED: December 20, 2011

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge