BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
THOMAS M. GARBERSON, (SBN 269158)
JONATHAN C. TURNER of Counsel (SBN 191540)
660 'J' Street, Suite 390
Sacramento, CA 95814
Telephone: (916) 441-0824

Attorneys for Defendant,
CHRISTOPHER JAMES TONKIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0536 WBS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME |
| CHRISTOPHER JAMES TONKIN, | |
| Defendant. | Date: January 23, 2012<br>Time: 9:30 a.m.<br>Ctrm: 5 (WBS) |

IT IS HEREBY STIPULATED by Christopher James Tonkin, through his counsel Clyde M. Blackmon and by the United States of America, through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference now set for January 23, 2012, at 9:30 a.m., be continued to March 5, 2012 at 9:30 a.m.

This case involves a seized computer and expert analysis of that computer. To date, defense counsel has been unable to fully investigate the government's forensic analysis of the defendant's computer and determine whether or not a defense

expert is necessary.  The additional time is necessary to permit such investigation.

The parties further stipulate that the time from the currently set status conference on January 23, 2012, through March 5, 2012, the requested date for the continued status conference, should be excluded from computation of the time period in which trial should commence under the Speedy Trial Act.  The parties stipulate that the ends of justice would be served by the Court excluding that time period from computation because of the volume of discovery in the matter and the need for the defense to counsel to have reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

For these reasons, Mr. Tonkin, his counsel and the government stipulate and agree that the ends of justice served by granting the requested continuance of the status conference outweigh the best interests of the public and Mr. Tonkin in a speedy trial.

**IT IS SO STIPULATED.**

DATED:   January 19, 2012      By: //s// Clyde M. Blackmon for
                                    KYLE REARDON
                                    Assistant U.S. Attorney


DATED:   January 19, 2012      By: //s// Clyde M. Blackmon
                                    CLYDE M. BLACKMON,
                                    BLACKMON & ASSOCIATES,
                                    Attorneys for Defendant
                                    CHRISTOPHER J. TONKIN

1 **ORDER**

IT IS HEREBY ORDERED that the status conference currently set for January 23, 2012, at 9:30 a.m. is continued to March 5, 2012, at 9:30 a.m. For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through March 5, 2012. For the reason set for in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Tonkin in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

**IT IS SO ORDERED:**

DATED: January 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE