```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    CHRISTOPHER JAMES TONKIN
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0536 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| CHRISTOPHER JAMES TONKIN, | Date:  April 9, 2012 |
| Defendant. | Time:  9:30 a.m. |
|  | Ctrm:  5 (WBS) |

The United States of America, through its counsel Kyle F. Reardon, and Christopher James Tonkin, through his counsel Clyde M. Blackmon, stipulate that the status conference in this matter currently scheduled for 9:30 a.m. on April 9, 2012, may be continued to June 4, 2012, at 9:30 a.m.

This case involves computers seized from Mr. Tonkin and evidence that was found by law enforcement officers on those computers.  Defense counsel has reviewed evidence found on the computers.  However, additional time is necessary to conduct further investigation of the computers to determine if there are issues associated with the computers that would provide grounds for a defense to the charges lodged against Mr. Tonkin.  In addition, the parties have commenced settlement negotiations and

additional time is necessary to pursue those negotiations which may be influenced by the results of further investigation of the computer evidence in the case. Therefore, the parties request that the status conference now set for April 9, 2012, be continued to June 4, 2012.

The parties further stipulate that the time from the date of the currently set status conference, April 9, 2012, through June 4, 2012, the requested date for the continued status conference, should be excluded from the computation of the period of time during which trial should commence under the Speedy Trial Act.  The parties also stipulate that the ends of justice will be served by the Court excluding that period of time from the computation due to the necessity for further investigation by defense counsel and the need for defense counsel to have adequate time for effective preparation for trial, taking into account the exercise of due diligence.

For these reasons Mr. Tonkin, his counsel and the government stipulate that the ends of justice served by granting the requested continuance of the status conference outweigh the best interests of the public and Mr. Tonkin in a speedy trial.

**IT IS SO STIPULATED.**

DATED:   April 5, 2012         By: //s// Kyle Reardon_____
                                   KYLE REARDON
                                   Assistant U.S. Attorney

DATED:   April 5, 2012         By: _//s// Clyde M. Blackmon___
                                   CLYDE M. BLACKMON,
                                   ROTHSCHILD WISHEK & SANDS
                                   LLP, Attorneys for
                                   Defendant CHRISTOPHER J.
                                   TONKIN

1 **ORDER**

2    IT IS HEREBY ORDERED that the status conference currently
3 set for April 9, 2012, at 9:30 a.m. is continued to June 4,
4 2012, at 9:30 a.m.  For the reasons stipulated by the parties,
5 good cause exists pursuant to 18 U.S.C. section
6 3161(h)(7)(B)(iv), and, therefore, time is excluded under the
7 Speedy Trial Act from April 9, 2012, through June 4, 2012.  For
8 the reasons set out in the stipulation of the parties, the ends
9 of justice served by granting the continuance of the status
10 conference outweigh the best interests of the public and Mr.
11 Tonkin in a speedy trial.

12    **IT IS SO ORDERED:**

13 DATED:  April 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE